Case 1:16-cv-07647-PAE   Document 45   Filed 01/23/18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAVIER RESCALVO-NAJERA

                Plaintiff,

-v-

BTB EVENTS & CELEBRATIONS, INC., et al.,

                Defendants.
------------------------------------------------------------X

16 Civ. 7647 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 19, 2018, the parties submitted to the Court an application for approval of a proposed FLSA settlement in this matter, Dkt. 44, pursuant to a Settlement Agreement between the parties, Dkt. 44-1. The Court has carefully reviewed the parties' Settlement Agreement, and is satisfied, substantially for the reasons stated in the parties' application, that the settlement of the plaintiff's claims is fair and reasonable so as to satisfy the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). Plaintiff's application for approval of the settlement is therefore granted. This matter is dismissed, with prejudice.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 23, 2018
      New York, New York